

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Harold Edward Morgan,                      * From the County Court at Law
                                             of Erath County,
                                             Trial Court No. 47801.

Vs. No. 11-20-00231-CR                     * July 30, 2021

The State of Texas,                        * Per Curiam Memorandum Opinion
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has considered Harold Edward Morgan's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.